IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DES MOINES DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PELLA CORPORATION AND PELLA WINDOWS AND DOORS, INC.,<br><br>Defendant. | Case No. 4:11-cv-00504-JAJ-TJS<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Ruth S. Kochenderfer, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Plaintiff St. Paul Fire and Marine Insurance Company. Ruth S. Kochenderfer states that she is a member in good standing of the bars of the Commonwealth of Virginia, the District of Columbia and the State of Texas, and that she agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with her pro hac vice representation in this case.

Ruth S. Kochenderfer further states she will comply with the associate counsel requirements of LR 83.1(d)(4) by associating with Robert L. Fanter and Amos E. Hill, lawyers who have been admitted to the bar of this district under LR 83.1(b) and (c) and who have each entered an appearance in this case on behalf of Plaintiff St. Paul Fire and Marine Insurance Company.

Respectfully submitted,

By: /s/ Ruth S. Kochenderfer
Ruth S. Kochenderfer
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., N.W.
Washington, DC 20036
(202) 429-8173
rkochenderfer@steptoe.com

## CERTIFICATE OF SERVICE

Pursuant to LR 5(a), I hereby certify that I electronically filed the foregoing with the Clerk of Court on November __, 2011 using the ECF system which will send notification of such filing to the following:

Pella Corporation
c/o Corporation Service Company
505 5th Ave., Ste. 729
Des Moines, IA 50309

and

Pella Windows and Doors, Inc.
c/o Corporation Service Company
2711 Centerville Road, Ste. 400
Wilmington, DE 19808

By: /s/ Robert L. Fanter

2

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

October 28, 2011

Re: Ruth Silvers Kochenderfer, State Bar Number 00797435

To Whom It May Concern:

This is to certify that Ms. Ruth Silvers Kochenderfer was licensed to practice law in Texas on November 1, 1996, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Ms. Kochenderfer's law license.

Sincerely,

Linda A. Acevedo
Chief Disciplinary Counsel

LA/lg



# Supreme Court of Virginia

AT RICHMOND

# Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

RUTH SILVERS KOCHENDERFER

was admitted to practice as an attorney and counsellor at the bar of this Court on September 11, 2003.

I further certify that so far as the records of this office are concerned, RUTH SILVERS KOCHENDERFER is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 28th day of October
A.D. 2011

By: _____
Deputy Clerk



# District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**RUTH KOCHENDERFER**

was on the 10TH day of JULY, 2009

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 26, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk