AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:11-CV-00504-JAJ-TJS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pella Corporation
was received by me on *(date)* 10/28/2011 .

☑ I personally served the summons on the individual at *(place)* Corporation Service Company, Registered Agent, 505 5th Avenue, Ste 729, Des Moines, IA 50309 on *(date)* 10/28/2011 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/31/2011

*Server's signature*

Alyson Olsen, Process Server
*Printed name and title*

Independent Contractor for Iowa Process Service
3101 Ingersoll Avenue, Suite 210
Des Moines, IA 50312
*Server's address*

Additional information regarding attempted service, etc: