AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:11-CV-00504-JAJ-TJS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pella Windows and Doors, Inc.
was received by me on *(date)* 10/28/2011.

❏ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* SUSAN RHEA, who is designated by law to accept service of process on behalf of *(name of organization)* PELLA WINDOWS AND DOORS c/o CORPORATION SERVICE COMPANY on *(date)* 10/28/2011 ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*: N/A

My fees are $ 30.00 for travel and $ N/A for services, for a total of $ 30.00.

I declare under penalty of perjury that this information is true.

Date: 10/28/2011

*Server's signature*

JONATHAN J. DIBELLO - PROCESS SERVER
*Printed name and title*

P.O. BOX 33 WOODLYN, PA 19094
*Server's address*

Additional information regarding attempted service, etc:

N/A