IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DES MOINES DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | |
| Plaintiff, | Case No. 4:11-cv-00504-JAJ-TJS |
| v. | |
| PELLA CORPORATION AND PELLA WINDOWS AND DOORS, INC., | **MOTION FOR ADMISSION PRO HAC VICE** |
| Defendant. | |

Tara Goodwin, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Plaintiff St. Paul Fire and Marine Insurance Company. Tara Goodwin states that she is a member in good standing of the bars of the State of Arizona and the District of Columbia, and that she agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with her pro hac vice representation in this case.

Tara Goodwin further states she will comply with the associate counsel requirements of LR 83.1(d)(4) by associating with Robert L. Fanter and Amos E. Hill, lawyers who have been admitted to the bar of this district under LR 83.1(b) and (c) and who have each entered an appearance in this case on behalf of Plaintiff St. Paul Fire and Marine Insurance Company.

Respectfully submitted,

By: _____
Tara Goodwin

STEPTOE & JOHNSON LLP
1330 Connecticut Ave., N.W.
Washington, DC  20036
(202) 429-8074
tgoodwin@steptoe.com

## CERTIFICATE OF SERVICE

Pursuant to LR 5(a), I hereby certify that I electronically filed the foregoing with the

Clerk of Court on November 7, 2011  using the ECF system which will send notification of such

filing to the following:

Pella Corporation
c/o Corporation Service Company
505 5th Ave., Ste. 729
Des Moines,  IA  50309

and

Pella Windows and Doors, Inc.
c/o Corporation Service Company
2711 Centerville Road, Ste. 400
Wilmington, DE  19808

By:   /s/    Ruth S. Kochenderfer



## District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202/879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## TARA GOODWIN

was on the ___11TH___ day of ___MAY, 2007___

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 27, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE
### STATE OF ARIZONA

---

*I, Rachelle M. Resnick, Clerk of the Supreme Court of the State of Arizona, hereby certify*

*that, according to the records of my office and upon the recommendation of the*

*Disciplinary Clerk of the Supreme Court of Arizona*

### *TARA LINN GOODWIN*

*was on the 26th day of October, 2006, duly admitted to practice as an Attorney and*

*Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are*

*pending against this attorney in the Arizona Supreme Court as of the date of this*

*certificate; and that this name now appears on the Roll of Attorneys in this office as an*

*active member of the Bar in good standing.*

---



*Given under my hand and the seal of said Court this 3rd day of November, 2011.*

*RACHELLE M. RESNICK, Clerk*

*By* _____
*Carl H. Johansson*
*Deputy Clerk III*

# CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **TARA LINN GOODWIN** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on October 26, 2006 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this 28th day of October 2011.

Laura L. Hopkins
Disciplinary Clerk