**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> PELLA CORPORATION AND PELLA WINDOWS AND DOORS, INC., <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 4:11-CV-00504-JAJ-TJS <br><br> **UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT TO FILE ANSWER OR OTHER RESPONSE TO PLAINTIFF'S COMPLAINT** |

Defendants Pella Corporation and Pella Windows and Doors, Inc. ("Pella"), move the Court to extend the time for Pella to file its Answer or other responsive pleading to Plaintiff's Complaint. Due to the press of other business, Pella seeks an extension of time. Counsel for Pella has consulted with counsel for the Plaintiffs regarding an extension of time to December 20, 2011 for Pella to file its Answer or other responsive pleading in this matter. Counsel for both parties have agreed to such an extension of time. No prejudice will result to either of the parties or to the Court resulting from such an extension.

WHEREFORE, for the reasons set forth above, Pella requests that Pella be allowed to file its Answer or other responsive pleading to Plaintiff's Complaint on or before December 20, 2011.

        Respectfully Submitted,

        BELIN McCORMICK, P.C.

        By  */s/ Richard W. Lozier, Jr.*
            Richard W. Lozier, Jr.

        666 Walnut Street, Suite 2000
        Des Moines, Iowa  50309-3989
        Telephone:  (515) 283-4636
        Facsimile:  (515) 558-0636
        Email:  rwlozier@belinmccormick.com

        ATTORNEYS FOR PELLA WINDOWS AND DOORS, INC.

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on November 14, 2011 by

| | | |
|---|---|---|
| ☐ U.S. Mail | | ☐ FAX |
| ☐ Hand Delivered | **X** | CM/ECF |
| ☐ FedEx/ Overnight Carrier | | ☐ Other |

| | |
|---|---|
| Robert L. Fanter | Ruth S. Kochenderfer |
| Amos E. Hill | Tara L. Goodwin |
| WHITFIELD & EDDY, P.L.C. | STEPTOE & JOHNSON LLP |
| 317 Sixth Avenue, Suite 1200 | 1330 Connecticut Ave., NW |
| Des Moines, Iowa 50309 | Washington, D.C. 20036 |

Signature:  */s/  L. A. Brustkern*
BELIN\P0648\0004\Motion to Extend Time for Answer (01136268).DOC