IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> PELLA CORPORATION AND PELLA WINDOWS AND DOORS, INC., <br><br> Defendants. | Case No. 4:11-CV-00504-JAJ-TJS <br><br> MOTION FOR ADMISSION PRO HAC VICE |

Robin L. Cohen, an attorney who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Defendants Pella Corporation and Pella Windows and Doors, Inc. (collectively, "Pella"). Ms. Cohen states that she is a member in good standing of the bar of the United States Court of Appeals for the Fourth Circuit, the United States District Court for the Southern District of New York, as well as the highest courts of the states of New York and New Jersey, and that she agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to attorneys admitted to practice before the state courts of Iowa in connection with her pro hac vice representation in this case.

Ms. Cohen further states she will comply with the associate counsel requirements of LR 83.2(d)(4) by associating with Richard W. Lozier, Jr., an attorney who has been admitted to the bar of this district under LR 83.2(b) and (c) and who has entered an appearance in this case on behalf of Pella.

Respectfully Submitted,

By _____
Robin L. Cohen
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Tel. (212) 506-1770
Fax (212) 506-1800
Rcohen@kasowitz.com

ATTORNEY FOR DEFENDANTS,
Pella Corporation and Pella Windows and Doors, Inc.

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on November 16, 2011 by

| U.S. Mail | | FAX |
| Hand Delivered | X | Electronic Mail through CM/ECF |
| FedEx/ Overnight Carrier | | Other |

Robert L. Fanter
Amos E. Hill
WHITFIELD & EDDY, P.L.C.
317 Sixth Avenue, Suite 1200
Des Moines, IA  50309

Ruth S. Kochenderfer
Tara L. Goodwin
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, D.C.  20036

Signature:         /s/ Laura Brustkern