**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

|   |   |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> PELLA CORPORATION AND PELLA WINDOWS AND DOORS, INC., <br><br> Defendants. | Case No.: 4:11-cv-504 JAJ-TJS <br><br> **DISCLOSURE STATEMENT** |

As required by LR 7.1, Pella Corporation, a defendant in this case, provides the following information to the Court:

(a) *The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the defendant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the defendant's outcome in the case:*

Pella Windows and Doors, Inc.
Pella Products, Inc.
Pella Windows and Doors – Twin Cities, Inc.
Pella Canadian Holdings, Inc.
Pella Windows of Phoenix, Inc.
PCF, Inc.
PWD, Inc.
PWD – HSC, Inc.
PWD Sales Subsidiaries Management, Inc.
Vinyl Northwest, Inc.
Pease Industries, Inc.
Distinctive Doors, Inc.
EFCO Corporation
Pella FDC, Inc.
Pella International, Inc.
Pella Acquisition Corp.

Dallas-PWD, Inc.
PWD-Northern California Retail, Inc.
PWD-Orlando, Inc.
PWD-Seattle, Inc.
Viking Industries, Inc.
NSF, Inc.
Albuquerque – PWD, Inc.
Pella Windows & Doors of Ontario, Corp.

*(b) With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:*

The entities listed in section (a), above, are wholly or partially-owned subsidiaries of Pella Corporation, an entity that wholly owns defendant Pella Windows and Doors, Inc. Except for Pella Windows and Doors, Inc., none of these entities has a direct pecuniary interest in the outcome of this litigation. Pella Corporation, along with Pella Windows and Doors, Inc., currently are both parties in other coverage lawsuits involving the same and/or similar issues as those at issue in this lawsuit.

Date: November 28, 2011

Respectfully submitted,

BELIN McCORMICK, P.C.

By  */s/ Richard W. Lozier, Jr.*
Richard W. Lozier, Jr.                              AT0004843
666 Walnut Street, Suite 2000
Des Moines, Iowa 50309-3989
Telephone: (515) 283-4636
Facsimile: (515) 558-0636
Email: rwlozier@belinmccormick.com

ATTORNEYS FOR DEFENDANTS

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on November 28, 2011, by

- ☐ U.S. Mail
- ☐ FAX
- ☐ Hand Delivered
- ☐ Electronic Mail
- ☐ FedEx/ Overnight Carrier
- ■ CM / ECF

Robert L. Fanter
Amos E. Hill
WHITFIELD & EDDY, P.L.C.
317 Sixth Avenue, Ste. 1200
Des Moines, Iowa 50309

Ruth S. Kochenderfer
Tara L. Goodwin
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, D.C. 20036

Signature: _/s/   L. A. Brustkern_

BELIN\P0648\0004\pld Pella Corp. L.R. 7.1 Disclosure Statement rwl (01158303).DOC